McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-0452 WBS |
| Plaintiff, ) | |
| v. ) | |
| STEVEN ROSS FORD, ) JOLENE RAE COLIPAPA, and ) KATRINA MARIE LUCIUS, ) | UNITED STATES' RESPONSE TO MOTION FOR RETURN OF PROPERTY UNDER FRCP 41 AND ORDER |
| Defendants. ) | |

On June 19, 2006, defendant Colipapa filed a motion for return of certain property, which property was seized in the investigation underlying the above captioned matter.  Defendant Colipapa specifically requested the following items: used laptop computer, used laserjet printer, used CD-ROMs, used document shredder, and a used file box.  On July 5, 2006, defendant Ford joined Colipapa's motion for return of property.  In his motion, defendant Ford claimed a joint interest in the property; however,

**1**

1  Ford conceded that he, Ford, has no objection to the specified
2  property being released to Colipapa.  No other individual has made
3  a claim for the seized property.
4      Hereby, the United States agrees to turn over the requested
5  items, namely one used laptop computer, one used laserjet printer,
6  used CD-ROMs, one used document shredder, and one used file box to
7  Colipapa.
8      Defendant Colipapa may arrange to pick up the specified items
9  by contacting Inspector Steven Lamp of the U.S. Postal Inspection
10 Service to arrange for the transfer of the identified property.
11 Inspector Lamp may be reached at cell phone (916) 952 0999 and
12 office phone (916) 263 7256.  The mailing address for Inspector
13 Lamp is as follows: U.S. Postal Inspection Service, P.O. Box
14 13130, Sacramento, California.

Dated:  7/7/2006          McGREGOR W. SCOTT
                          United States Attorney

                          By:   /s/Michelle Rodriguez
                          MICHELLE RODRIGUEZ
                          Assistant U.S. Attorney

-----------------------------------------

21     FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED THAT
22 THE FRCP 41 MOTION FOR RETURN OF CERTAIN PROPERTY IS DENIED AS
23 MOOT.  BASED ON THE UNITED STATES' AGREEMENT TO RETURN THE
24 REQUESTED PROPERTY, IN THE INTEREST OF JUSTICE IT IS FURTHER
25 ORDERED AS FOLLOWS:
26     1.  The United States shall make the following property
27 available for personal pick up by Colipapa: one used laptop
28 computer, one used laserjet printer, used CD-ROMs, one used

1 document shredder, and one used file box.  This property shall be
2 made available to Colipapa -- from the date of this order until
3 August 31, 2006 -- through the United States' agent, the US Postal
4 Inspection Service.
5     2.  Defendant Colipapa shall arrange to pick up the specified
6 items by contacting Inspector Steven Lamp of the U.S. Postal
7 Inspection Service to arrange for the transfer of the identified
8 property.  Inspector Lamp may be reached at cell phone (916) 952
9 0999 and office phone (916) 263 7256.  The mailing address for
10 Inspector Lamp is as follows: U.S. Postal Inspection Service, P.O.
11 Box 13130, Sacramento, California.
12     **So Ordered.**
13 DATED:  July 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE