PROB 35  **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00452-01** |
| ) | |
| **Steven Ross FORD** ) | |
| ) | |

On February 23, 2005, the above-named was placed on Supervised Release for a period of 3 years, which commenced on October 27, 2006. He has complied with the rules and regulations of supervision and has paid all financial obligations in full. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:   June 17, 2008
         Roseville, California
         ddw:cd

**REVIEWED BY:**      /s/ Richard A. Ertola
                     **RICHARD A. ERTOLA**
                     **Supervising United States Probation Officer**

Re:    Steven Ross FORD
       Docket Number:   2:04CR00452-01
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Date:  July 8, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA        )
                                )
            vs.                 )   Docket Number:  2:04CR00452-01
                                )
Steven Ross FORD                )
                                )

## LEGAL HISTORY:

On February 23, 2005, the above-named was placed on Supervised Release for a period of 3 years, which commenced on October 27, 2006. Special conditions ordered: Warrantless search; Financial restrictions and disclosure; Substance abuse testing, treatment, and services co-payment; Gambling restrictions; Cooperate in the collection of DNA. All financial obligations of $100 special assessment and $1,402.58 restitution have been paid in full.

## SUMMARY OF COMPLIANCE:

Steven Ross Ford has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:    Steven Ross FORD**
**       Docket Number:   2:04CR00452-01**
**       RECOMMENDATION TERMINATING**
**       <u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>**

<u>**RECOMMENDATION:**</u>

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                             Respectfully submitted,

                             /s/ Dayna D. Ward

                          **DAYNA D. WARD**
                          **Senior United States Probation Officer**

Dated:       June 17, 2008
             Roseville, California
             ddw:cd

**REVIEWED BY:**       <u>     /s/ Richard A. Ertola          </u>
                       **RICHARD A. ERTOLA**
                       **Supervising United States Probation Officer**

cc:    AUSA Michelle Rodriguez (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)